Motion for assignment of counsel granted and Steven Banks, Esq., Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

Judge READ taking no part.

In the Matter of POUGHKEEPSIE PROFESSIONAL FIREFIGHTERS' ASSOCIATION, LOCAL 596, IAFF, AFL-CIO-CLC, et al., Appellants, v NEW YORK STATE PUBLIC EMPLOYMENT RELATIONS BOARD et al., Respondents.

Submitted January 3, 2006; decided January 10, 2006

Motion by New York State Conference of Mayors and Municipal Officials for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

Judge READ taking no part.

In the Matter of POUGHKEEPSIE PROFESSIONAL FIREFIGHTERS' ASSOCIATION, LOCAL 596, IAFF, AFL-CIO-CLC, et al., Appellants, v NEW YORK STATE PUBLIC EMPLOYMENT RELATIONS BOARD et al., Respondents.

Submitted December 27, 2005; decided January 10, 2006

Motion by New York State Professional Firefighters Association, I.A.F.F., AFL-CIO for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

Judge READ taking no part.

BERNARD J. SORRENTINO, Appellant, v MIKE MASELLY et al., Respondents.

Submitted November 21, 2005; decided January 10, 2006

Motion, insofar as it seeks leave to appeal from the Appellate Division order dismissing the appeal to that Court from the order of Supreme Court dismissing the complaint, dismissed upon